**Electronically Filed
Supreme Court
SCWC-23-0000049
23-DEC-2025
08:14 AM
Dkt. 46 OGAC**

SCWC-23-0000049

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

YUKI GLEASON,
Petitioner/Petitioner-Appellant,

vs.

ADMINISTRATIVE DIRECTOR OF THE COURTS, STATE OF HAWAI‘I,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000049; CASE NO. 1DAA-22-00010)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: McKenna, Acting C.J., Eddins, and Devens, JJ.,
Circuit Judge Morikone, in place of Ginoza, J., recused,
and Circuit Judge Kawamura, assigned by reason of vacancy)

Petitioner's Application for Writ of Certiorari, filed on October 27, 2025, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai‘i, December 23, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ Kevin T. Morikone

/s/ Shirley M. Kawamura

